# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-51159
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

CHARLES EDWARD JOHNSON,

Defendant–Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 6:07-CR-97-1

Before SMITH, STEWART, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Charles Johnson

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

moves to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has responded. We have reviewed counsel's brief, relevant portions of the record, and Johnson's original and supplemental responses.

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Johnson's motion for appointment of substitute counsel is DENIED.